# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| CARLOS ANTONIO RAMIREZ MORALES,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et al.,<br><br>Respondents. | Civil Action No. 3:26-cv-01235-MJH<br><br><br>**ORDER OF COURT** |

AND NOW, this 14th day of August, 2026, upon consideration of Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus as Moot, IT IS HEREBY ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED THAT:

1.      The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED AS MOOT.

2.      The no-transfer order previously entered in this matter is LIFTED.

3.      Each party shall bear its own fees and costs.

4.      The Clerk of Court shall mark this case as closed.

BY THE COURT:

Marilyn J. Horan
United States District Judge

1